JOSEPH WIESENFELDER, Respondent, v. 358 WEST END AVENUE CORPORATION,

Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.